**716 GAVIN vs. CIRCUIT JUDGE (Grand Traverse), No. 16362.**

To vacate a decree in a foreclosure case, on the ground of want of notice of its entry.

Denied, with costs, June 22, 1897.

The decree was announced in open court October 16, 1896, and originally entered in January, 1897. April 27, 1897, the decree was vacated and entered as of the last named date, saving relator's right of appeal, and proceedings for sale stayed.


**717 ORTH (Executrix) vs. CIRCUIT JUDGE (Montcalm), No. 15647½.**

To compel respondent to vacate an order dismissing a cause brought by Orth against the village of Carson City, for the destruction of plaintiff's sawmill by fire, caused by the escape of sparks from the smokestack at the village water works; where Orth died pending suit, his death was suggested, the cause revived, and, the case being called up for trial, on motion the same was dismissed for the reason that the action did not survive.

Order to show cause denied June 2, 1896, on the ground that relator's remedy is a writ of error.